Submitted on record and briefs January 5, petition for judicial review dismissed March 21, petition for review denied June 19, 2007 (343 Or 115)

BRIAN DOUGLAS HESSEL,
*Petitioner,*

*v.*

Jean HILL,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

A126965

155 P3d 877

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Richard D. Wasserman, Attorney-in-Charge, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Brewer, Chief Judge, and Wollheim, Judge.

PER CURIAM

Petition for judicial review dismissed. ORS 421.194; *see also Shelby v. Board of Parole*, 140 Or App 102, 915 P2d 414, *rev den*, 324 Or 18 (1996).